1  MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
2  E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3  300 South Fourth Street, 11ᵗʰ Floor
Las Vegas, Nevada 89101-6014
4  Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Keolis Transit Services, LLC
5

6              **UNITED STATES DISTRICT COURT**

7                 **DISTRICT OF NEVADA**

8  VIZALIEL YUMOL, an individual,          Case No.:  2:17-cv-1475

9              Plaintiff,                  **Keolis Transit Services, LLC's Petition for Removal**

10  vs.

11  MV TRANSPORTATION, INC., a foreign
corporation; KEOLIS TRANSIT SERVICES,
12  LLC, a foreign limited-liability company; DOE
DRIVERS I-V, ROE EMPLOYERS I-V, DOE
13  OWNERS I-V, ROE BUS COMPANY I-V,
ROE TRANSPORTATION COMPANY I-V,
14  and ROE CORPORATIONS I-V, inclusive,
jointly and severally,
15
              Defendants.
16

17         Keolis Transit Services, LLC petitions to remove this case to the United States District

18  Court for the District of Nevada from the Eighth Judicial District Court for the State of Nevada.

19  This petition for removal is signed per Rule 11.

20         Removal is appropriate per 28 U.S.C. § 1441 because diversity jurisdiction is present per

21  28 U.S.C. 1332.  Plaintiff Vizaliel Yumol alleges he is a resident of Nevada.[1]  Keolis Transit

22  Services, LLC's sole member is Keolis Transit America, Inc. is a Delaware entity with its

23  principal place of business in California.  Plaintiff alleges injury from a bus accident occurring

24  on May 7, 2015.[2]  On February 25, 2016 Plaintiff wrote to Keolis, demanding $100,000 to settle

25  his case.[3]  He filed his complaint on May 1, 2017.  He filed his first amended complaint on May

26

27  ───────────────
[1] ECF No. 001-1 at ¶ 1.
28  [2] *Id*. at ¶¶ 9-11.
[3] ECF No. 001-9 at 5.

1   3, 2017 and served Keolis Transit Services, LLC on May 4, 2017.  This petition for removal has

2   been timely filed within 30 days of service.

3         Attached to this petition are copies of all process, pleadings, and orders served upon

4   Keolis Transit Services, LLC in the state court action.

5         DATED this 23rd day of May, 2017.

6                                             WILSON ELSER MOSKOWITZ
                                          EDELMAN & DICKER LLP

7

8                                             */s/ Michael P. Lowry*
                                          MICHAEL P. LOWRY, ESQ.

9                                             300 South Fourth Street, 11th Floor
                                          Las Vegas, Nevada 89101-6014

10                                            Tel: 702.727.1400/Fax: 702.727.1401
                                          Attorneys for Keolis Transit America, Inc.

11

12  **CERTIFICATE OF SERVICE**

13        Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz

14  Edelman & Dicker LLP, and that on May 23, 2017, I served **Keolis Transit Services, LLC's**

15  **Petition for Removal** as follows:

16  ☐      by placing same to be deposited for mailing in the United States Mail, in a sealed
           envelope upon which first class postage was prepaid in Las Vegas, Nevada;

17

18  ☒      via electronic means by operation of the Court's electronic filing system, upon
           each party in this case who is registered as an electronic case filing user with the
           Clerk;

19

| | |
|---|---|
| Ryan M. Anderson, Esq. | Janice M. Michaels, Esq. |
| Kimball Jones, Esq. | Brooke A. Bohlke, Esq. |
| MORRIS ANDERSON | Ariana Kenougios, Esq. |
| 716 S. Jones Blvd. | WOOD SMITH HENNING & BERMAN LLP |
| Las Vegas, NV 89107 | 7674 West Lake Mead Blvd., Ste. 150 |
| Tel:  702.333.1111 | Las Vegas, NV 89128-6644 |
| Kimball@morrisandersonlaw.com | Tel:  702.251.4100 |
| *Attorneys for Plaintiff* | jmichaels@wshblaw.com |
| | bbohlke@wshblaw.com |
| | akenourgios@wshblaw.com |
| | *Attorneys for MV Transportation, Inc.* |

20
21
22
23
24
25
26

27                    BY: */s/ Michael P. Lowry*
                            An Employee of WILSON ELSER MOSKOWITZ

28                              EDELMAN & DICKER LLP