1  MICHAEL P. LOWRY, ESQ.
   Nevada Bar No. 10666
2  E-mail: Michael.Lowry@wilsonelser.com
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3  300 South Fourth Street, 11th Floor
   Las Vegas, Nevada 89101-6014
4  Tel: 702.727.1400/Fax: 702.727.1401
   Attorneys for Keolis Transit Services, LLC
5

6                     **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8  | VIZALIEL YUMOL, an individual, | Case No.: 2:17-cv-1475 |
   |---|---|
9  | Plaintiff, | **Stipulation and Order to Remand** |
10 | vs. | |
11 | MV TRANSPORTATION, INC., a foreign corporation; KEOLIS TRANSIT SERVICES, LLC, a foreign limited-liability company; DOE DRIVERS I-V, ROE EMPLOYERS I-V, DOE OWNERS I-V, ROE BUS COMPANY I-V, ROE TRANSPORTATION COMPANY I-V, and ROE CORPORATIONS I-V, inclusive, jointly and severally, | |
12 | | |
13 | | |
14 | | |
15 | | |
16 | Defendants. | |

17     The parties stipulate that no judgment in excess of $50,000.00 will be entered in this case.

18 Consequently, they also stipulate to remand this case to the Eighth Judicial District Court.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

| Dated this 13th day of June, 2017<br><br>MORRIS ANDERSON<br><br>*/s/ Kimball Jones*<br><br>Kimball Jones, Esq.<br>Nevada Bar No. 12982<br>716 S. Jones Blvd.<br>Las Vegas, NV 89107<br>Attorneys for Vizaliel Yumol | Dated this 13th day of June, 2017<br><br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br><br>*/s/ Michael P. Lowry*<br><br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 S. 4th St., 11th Floor<br>Las Vegas, NV 89101<br>Attorneys for Keolis Transit Services, LLC |
|---|---|
| Dated this 13th day of June, 2017<br><br>WOOD SMITH HENNING & BERMAN LLP<br><br>*/s/ Brooke A. Bohlke*<br><br>Brooke A. Bohlke, Esq.<br>Nevada Bar No. 9374<br>7674 West Lake Mead Blvd., Ste. 150<br>Las Vegas, NV 89128-6644<br>Tel: 702.251.4100<br>bbohlke@wshblaw.com<br>Attorneys for MV Transportation, Inc. | |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on June 13, 2017, I served the **Stipulation and Order to Remand** as follows:

☐     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒     via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Kimball Jones, Esq. | Brooke A. Bohlke, Esq. |
| MORRIS ANDERSON | WOOD SMITH HENNING & BERMAN LLP |
| 716 S. Jones Blvd. | 7674 West Lake Mead Blvd., Ste. 150 |
| Las Vegas, NV 89107 | Las Vegas, NV 89128-6644 |
| Tel: 702.333.1111 | Tel: 702.251.4100 |
| Kimball@morrisandersonlaw.com | bbohlke@wshblaw.com |
| *Attorneys for Plaintiff* | *Attorneys for MV Transportation, Inc.* |

BY: */s/ Michael P. Lowry*
     An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP