MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Keolis Transit Services, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIZALIEL YUMOL, an individual, | Case No.: 2:17-cv-1475 |
| Plaintiff, | **Stipulation and Order to Remand** |
| vs. | ECF No. 10 |
| MV TRANSPORTATION, INC., a foreign corporation; KEOLIS TRANSIT SERVICES, LLC, a foreign limited-liability company; DOE DRIVERS I-V, ROE EMPLOYERS I-V, DOE OWNERS I-V, ROE BUS COMPANY I-V, ROE TRANSPORTATION COMPANY I-V, and ROE CORPORATIONS I-V, inclusive, jointly and severally, | |
| Defendants. | |

The parties stipulate that no judgment in excess of $50,000.00 will be entered in this case. Consequently, they also stipulate to remand this case to the Eighth Judicial District Court.

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated this 13th day of June, 2017<br><br>MORRIS ANDERSON<br><br>/s/ *Kimball Jones*<br>―――――――――――――――<br>Kimball Jones, Esq.<br>Nevada Bar No. 12982<br>716 S. Jones Blvd.<br>Las Vegas, NV 89107<br>Attorneys for Vizaliel Yumol | Dated this 13th day of June, 2017<br><br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br><br>/s/ *Michael P. Lowry*<br>―――――――――――――――<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 S. 4th St., 11th Floor<br>Las Vegas, NV 89101<br>Attorneys for Keolis Transit Services, LLC |
| Dated this 13th day of June, 2017<br><br>WOOD SMITH HENNING & BERMAN LLP<br><br>/s/ *Brooke A. Bohlke*<br>―――――――――――――――<br>Brooke A. Bohlke, Esq.<br>Nevada Bar No. 9374<br>7674 West Lake Mead Blvd., Ste. 150<br>Las Vegas, NV 89128-6644<br>Tel:  702.251.4100<br>bbohlke@wshblaw.com<br>Attorneys for MV Transportation, Inc. | |

## ORDER

It appearing from the parties' stipulation [ECF No. 10] that this court lacks subject-matter jurisdiction over this case, IT IS HEREBY ORDERED that this case is **REMANDED back to the Eighth Judicial District Court, Clark County, Nevada,** Case No. A-17-754800-C, Dept. No. I.

―――――――――――――――
U.S. District Judge Jennifer Dorsey
June 13, 2017